IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 8 – 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01682-WJM-KLM

DONALD J. DODSON,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, County of Archuleta, State of Colorado, and RICK BELLIS,

    Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated this 5th day of August, 2011.

BY THE COURT:

William J. Martinez
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01682-WJM-KLM

Donald J. Dodson
790 Capitan Cir
Pagosa Springs, CO 81147

US Marshal Service
Service Clerk
Service forms for: Board of County Commissioners and Rick Bellis

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Board of County Commissioners and Rick Bellis: AMENDED TITLE VII COMPLAINT FILED 07/15/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on August 8, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk